AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Southern District of Florida

| | |
|---|---|
| Leonard Sulaymanov, JLZ Consulting, Inc. d/b/a Lenzo & Co., Smithbridge LLP, a PA limited liability partnership | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) |
| Floyd Mayweather, Jr. and Jona Rechnitz | ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:26-cv-20248-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Floyd Mayweather, Jr.
9504 Kings Gate Court
Las Vegas, NV 89145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter M. Bernhardt, Esq.
McDonald Hopkins, LLC
501 S. Flagler Dr., Suite 200
West Palm Beach, FL  33401
(561) 472-2121

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  02/02/2026

*s/ C.Davis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court