**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


LEONARD SULAYMANOV, et al.

CASE NUMBER
  1:26–cv–20248–DPG

PLAINTIFF(S)

v.

FLOYD MAYWEATHER, JR, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**


DEFENDANT(S).


# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Floyd Mayweather, Jr.**


as of course, on the date April 22, 2026.

          **Angela E. Noble**
          CLERK OF COURT

          By _/s/ Benita Lois Chin_
          Deputy Clerk

cc: Judge Darrin P. Gayles
    LEONARD SULAYMANOV

CV–37 (10/01)