UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20248-DPG

LEONARD SULAYMANOV,
JLZ CONSULTING, INC., and
SMITHBRIDGE LLP,

      Plaintiffs,

v.

FLOYD MAYWEATHER, JR. and
JONA RECHNITZ

      Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Plaintiffs Lenny Sulaymanov, JLZ Consulting, Inc., and Smithbridge Limited Liability Partnership's ("Plaintiffs") Motion for Default Final Judgment against Defendants Floyd Mayweather, Jr. ("Mayweather") and Jona Rechnitz ("Rechnitz") (the "Motion"). [ECF No. 27]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1.     On March 19, 2026, Plaintiffs filed their Second Amended Complaint in this action against Defendants Mayweather and Rechnitz, alleging claims for breach of contract against each Defendant. [ECF No. 17].

2.     On March 20, 2026, Plaintiffs served Rechnitz with the Summons and Second Amended Complaint. [ECF No. 18].

3.     On March 28, 2026, Plaintiffs served Mayweather with the Summons and Second Amended Complaint. [ECF No. 19].

4.   On April 14, 2026, on Plaintiffs' motion, [ECF No. 20], the Clerk entered a default against Rechnitz. [ECF No. 21]. Subsequently, Rechnitz has appeared in this action, and the Court has vacated the Clerk's Default entered against him. [ECF No. 32].

5.   On April 22, 2026, on Plaintiffs' motion, [ECF No. 22], the Clerk entered a default against Mayweather. [ECF No. 23]. To date, Mayweather has failed to timely appear, answer, or otherwise respond to the Second Amended Complaint.

6.   On April 29, 2026, Plaintiffs filed the instant Motion seeking a default final judgment against Rechnitz and Mayweather. [ECF No. 27].

7.   As a result of Mayweather's failure to respond to the Second Amended Complaint, or otherwise appear in this action, the Court accepts as true Plaintiffs' claims for breach of contract against Mayweather (Count I).

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as to Mayweather and **DENIED** as to Rechnitz. In accordance with Federal Rule of Civil Procedure 58(a), Final Judgment against Mayweather will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of May, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2