**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 26-CV-20248-DPG/DSW**

**LEONARD SULAYMANOV, et al.,**

**Plaintiffs,**

**v.**

**FLOYD MAYWEATHER JR., et al.,**

**Defendants.**
_______________________________________/

**ORDER APPOINTING SPECIAL MASTER**

**THIS CAUSE** is before the Court *sua sponte*. To facilitate the orderly and efficient completion of Defendant Jona Rechnitz's deposition on November 17, 2026, it is hereby

**ORDERED and ADJUDGED** that Todd Payne, Esq., is **APPOINTED** as Special Master to attend Defendant Jona Rechnitz's deposition on November 17, 2026 (via Zoom), pursuant to the conditions set forth on the record at the October 19, 2026 hearing.[1] Counsel for Plaintiffs shall reach out and retain Todd Payne, Esq., of Shaw Lewenz, on or before **November 12, 2026**, at the rate of $500 per hour, unless otherwise agreed to by Mr. Payne and the parties. The parties shall equally share the costs incurred for retaining the Special Master.

[1] The Court previously ordered that, if the parties agreed that Defendant's deposition would go forward with professionalism and civility and that there would be no need for court rulings during the deposition, the parties could file, on or before November 4, 2026, a joint motion representing that the Special Master is unnecessary. [ECF No. 71]. Further, the Court ordered that, on or before November 4, 2026, the parties could confer and file a notice that they had jointly selected a Special Master and did not wish for the Court to select one. [*Id.*]. The parties never filed any motion.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, on the 10th of November 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**